UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHICAGO PIZZA & SPORTS GRILLE II, INC.
and TCB ENVIRO CORP,

    Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant

_____/

Case No.: 3:19-cv-00951-TJC JRK

## DEFENDANT SCOTTSDALE INSURANCE COMPANY'S NOTICE OF SETTLEMENT

Defendant, SCOTTSDALE INSURANCE COMPANY, by and through undersigned counsel, hereby provides notice that Plaintiffs and Defendant have amicably settled this matter and dismissal documents will be filed with the Court upon the finalization of settlement.

s/ *Sean W. Rolland*
Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com
Sean W. Rolland
Florida Bar No. 112151
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Secondary: rkammer@hinshawlaw.com;
srolland@hinshawlaw.com
*Attorneys for Defendant*

Case No. 3:19-cv-00951-TJC JRK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2020, a true and correct copy of the foregoing was furnished via CMECF electronic mail only to:

| | |
|---|---|
| Jason Herman<br>Herman & Wells, P.A.<br>5701 Park Blvd., N<br>Pinellas Park, FL 33781<br>(727) 821-3195<br>(877) 395-1574<br>jason@hermanwells.com<br>beth@hermanwells.com | Stephen Difato<br>The Law Offices of Stephen F. Difato, PLLC<br>308 Oakhaven Court<br>St. Augustine, FL 32092<br>(904) 321-9108<br>(904) 429-4603<br>stephen@difatolaw.com |

      *s/ Sean W. Rolland*
      Sean W. Rolland
      Florida Bar No. 112151