## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CHICAGO PIZZA AND SPORTS
GRILLE II, INC. and TCB ENVIRO
CORP.,

      Plaintiffs,

v.                                                    Case No. 3:19-cv-951-J-32JRK

SCOTTSDALE INSURANCE
COMPANY,

      Defendant.

_____

### O R D E R

The Court has been advised that this case has been settled (Doc. 16). Accordingly, it is now

**ORDERED:**

1.    The parties shall have until **July 14, 2020** to file a joint motion for dismissal or other appropriate documents to close out this file.

2.    If the parties have not filed settlement pleadings or a request for extension of time by the **July 14, 2020** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without**

**prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

      3.     All pending motions and deadlines are terminated.

      **DONE AND ORDERED** in Jacksonville, Florida the 15th day of May, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record