UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHICAGO PIZZA AND SPORTS
GRILLE II, INC. and TCB
ENVIRO CORP.,

    Plaintiffs,

v.                                     Case No. 3:19-cv-951-J-32JRK

SCOTTSDALE INSURANCE
COMPANY,

    Defendant.

## **O R D E R**

Upon review of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 18), filed on May 27, 2020, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of May, 2020.

                                                     TIMOTHY J. CORRIGAN
                                                     United States District Judge

tnm
Copies:

Counsel of record